GIBSON, DUNN & CRUTCHER LLP
Benjamin Hershkowitz (*pro hac vice* forthcoming)
BHershkowitz@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Fax: 212.351.4035

Mark N. Reiter (*pro hac vice* forthcoming)
MReiter@gibsondunn.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Fax: 214.571.2900

Raymond A. LaMagna (SBN 244821)
RLaMagna@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Fax: 213.229.7520

Nathaniel R. Scharn (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.3800
Fax: 949.451.4220

Evan T. Kratzer (SBN 337312)
EKratzer@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300
Fax: 650.849.5333

*Attorneys for Plaintiff ArcelorMittal*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARCELORMITTAL,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO, LLC; VINFAST USA DISTRIBUTION, LLC; VINGROUP USA, LLC; VINFAST TRADING AND PRODUCTION JSC; and VINFAST AUTO LTD., | CASE NO.<br><br>**PLAINTIFF ARCELORMITTAL'S COMPLAINT FOR PATENT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

Defendants.

Plaintiff ArcelorMittal ("ArcelorMittal" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Defendants VinFast Auto, LLC; VinFast USA Distribution, LLC; Vingroup USA, LLC; VinFast Trading and Production JSC; and VinFast Auto Ltd. (collectively, "Defendants" or "VinFast") as follows:

## NATURE OF ACTION

1. For decades, the automotive industry has debated: steel or aluminum? Steel is inexpensive and strong, which has made all-steel car bodies an industry standard for almost a century.[1] But with the increase in the price of gasoline in the 1970s came demand for fuel-efficient cars made of a lighter metal—aluminum ("Al"). There were other benefits to aluminum; unlike steel, aluminum is rust-resistant. Given these and other benefits, the steel industry, and particularly ArcelorMittal, has innovated ways to combine the rust-resistance of aluminum-based coating with the strength of automotive steel and thereby produce thinner, stronger steel products that can compete in the automotive industry.[2]

2. Starting in the 1990s, ArcelorMittal pioneered the use of Al-coated[3] steel to shape parts for the automotive industry. Hot stamping the Al-coated steel led to a process called austenitizing and quenching that results in a high-strength steel. The car parts thus formed were also thin, light, and rust-resistant, which resulted in a product that incorporated the advantages of both metals.

3. But the first iteration of this steel still required improvement. Once on the market, ArcelorMittal began to identify additional challenges for automobile frames and other steel automotive

[1] *See, e.g.*, Paul Nieuwenhuis & Peter Wells, *The All-Steel Body as a Cornerstone to the Foundations of the Mass Production Car Industry*, 16 Indus. & Corp. Change 183 (2007).

[2] *U.S. Car Maker Adding More Aluminum*, Plastic, N.Y. Times, Feb. 5, 1981, https://www.nytimes.com/1981/02/05/business/us-car-makers-adding-more-aluminum-plastic.html (last visited Apr. 2, 2024); Jaclyn Trop, *Steel Industry Feeling Stress as Automakers Turn to Aluminum*, N.Y. Times, Feb. 24, 2014, https://www.nytimes.com/2014/02/25/business/detroits-aluminum-diet.html (last visited Apr. 2, 2024).

[3] As used in this Complaint, the term "Al-coated" includes aluminum alloys.

products, such as a need for improved weldability, variable strength and reliability, manufacturing inefficiencies, and cost. For example, it is critical that steel have high weldability given the steel's structural applications within the automobile. High weldability means that a welding operation of the steel can be performed in a wide range of operating conditions, including welding current intensity and the force applied to the steel parts during welding. It is important that the welding operation results in a weld that is durable and has a high mechanical resistance. To address these issues, ArcelorMittal invested substantial amounts of time and money to research and develop new generations of Al-coated steel for use in automotive products and automobiles, and to commercialize these new generations of Al-coated steel. ArcelorMittal also invested in a joint venture in the United States that produces Al-coated steel used in automotive products and automobiles.

4. The two patents at issue in this complaint—U.S. Patent Nos. 10,961,602 ("the '602 Patent") and 11,326,227 ("the '227 Patent") (collectively, the "Asserted Patents"), true and correct copies of which are attached to this complaint as Exhibits A and B, respectively—describe and claim a novel, high-strength Al-coated steel that provides the strength, weldability, and reliability required for high-stress automotive uses. The Asserted Patents claim a steel product containing a coating that has a thickness of greater than 30 micrometers and includes four layers that are created through a process in which the steel is heated and press-hardened through die quenching, which is referred to as "hot stamping."[4] The four-layer, hot-stamped steel product "makes it possible to obtain a mechanical resistance in excess of 1000 MPa,[5] a substantial resistance to shocks, fatigue, abrasion, and wear, while retaining a good resistance to corrosion as well as a good capacity for welding, painting and gluing."[6] These features are important for the shaping of parts for automotive industry applications such as vehicle frames.[7] The Asserted Patents thus satisfy "a need for coated steels which may be used to prepare shaped parts by a stamping process which are suitable for welding."[8]

---

[4] *See, e.g.*, Ex. A ('602 Patent) at 14:59–15:15.
[5] "MPa" is an abbreviation for megapascal.
[6] Ex. A ('602 Patent) at 11:32–39.
[7] *Id.*
[8] *Id.* at 2:29–31.

5. ArcelorMittal's inventive high-strength Al-coated steel has facilitated substantial safety improvements in the automotive industry.[9] Additionally, while ArcelorMittal's inventive steel is widely used in and has improved the safety of gasoline-powered automobiles, it is also important in the growing electric vehicle market to ensure that vehicle bodies are strong enough to hold batteries.[10]

6. Recognizing the importance of ArcelorMittal's solution, VinFast has also turned to high-strength Al-coated steel covered by the claims of the Asserted Patents. But VinFast does not buy ArcelorMittal's high-strength Al-coated steel from authorized providers. VinFast—through its subsidiary VinFast Commercial and Services Trading—is aware of the Asserted Patents at least because ArcelorMittal sent VinFast Commercial and Services Trading a letter on November 25, 2022, notifying it of the Asserted Patents and infringement thereof. *See* Ex. E (Nov. 25, 2022 Letter). Despite this knowledge of ArcelorMittal's patents, VinFast has not sought a license. Instead, VinFast infringes. This complaint is directed to VinFast's manufacturing, use, offer for sale, sale and/or import into the United States of high-strength Al-coated steel for use in automotive products, e.g., components used in VinFast's automobile products and VinFast's automobiles (the "Accused Products"). The Accused Products—including, but not limited to, the VF 8—each infringe, either literally or under the doctrine of equivalents, at least Claim 1 of each Asserted Patent. Additionally, ArcelorMittal believes that further discovery will show that the VF 3, VF 6, VF 7, and VF 9 also infringe the Asserted Patents.

## THE PARTIES

7. Plaintiff ArcelorMittal is a public limited company organized under the laws of the Grand Duchy of Luxembourg, with its principal place of business at 24–26, Boulevard d'Avranches L-1160 Luxembourg, Grand Duchy of Luxembourg.

8. Defendant VinFast Auto, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 12777 West Jefferson Boulevard, Suite A-101, Los Angeles, California 90066. VinFast Auto, LLC is a subsidiary of, or otherwise controlled by, Defendant

[9] *See, e.g.*, ArcelorMittal, "ArcelorMittal and the Honda Acura MDX door ring," YouTube (July 8, 2014), https://www.youtube.com/watch?v=1dCNTOEArFk (last visited Apr. 15, 2024).

[10] ArcelorMittal, The Impact of Electric Vehicles on Steel and ArcelorMittal, https://automotive.arcelormittal.com/news_and_stories/cases/2017ElectricVehiclesImpactOnSteel (last visited Apr. 2, 2024).

Vingroup USA, LLC. *See* Ex. F (VinFast Auto Ltd., Registration Statement at 27 (Form F-1) (Oct. 23, 2023)).

9. Defendant VinFast USA Distribution, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 12777 West Jefferson Boulevard, Suite A-101, Los Angeles, California 90066. VinFast USA Distribution, LLC is a subsidiary of, or otherwise controlled by, Defendant Vingroup USA, LLC. *See* Ex. F (VinFast Auto Ltd., Registration Statement at 27 (Form F-1) (Oct. 23, 2023)).

10. Defendant Vingroup USA, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 12777 West Jefferson Boulevard, Suite A-101, Los Angeles, California 90066. Vingroup USA, LLC is a parent of, or otherwise controls, Defendants VinFast Auto, LLC and VinFast USA Distribution, LLC. *See* Ex. F (VinFast Auto Ltd., Registration Statement at 27 (Form F-1) (Oct. 23, 2023)). Vingroup USA, LLC is a subsidiary of, or otherwise controlled by, Defendant VinFast Auto Ltd. *See id.*

11. Defendant VinFast Trading and Production JSC is a corporation organized under the laws of Vietnam, with its principal place of business at Dinh Vu – Cat Hai Economic Zone Cat Hai Islands, Cat Hai Town, Cat Hai District Hai Phong City, Vietnam. VinFast Trading and Production JSC is a subsidiary of, or otherwise controlled by, Defendant VinFast Auto Ltd. *See* Ex. F (VinFast Auto Ltd., Registration Statement at 27 (Form F-1) (Oct. 23, 2023)).

12. Defendant VinFast Auto Ltd. is a corporation organized under the laws of Singapore, with its principal place of business at Dinh Vu – Cat Hai Economic Zone Cat Hai Islands, Cat Hai Town, Cat Hai District Hai Phong City, Vietnam. VinFast Auto Ltd. is a parent of, or otherwise controls, Defendants Vingroup USA, LLC and VinFast Trading and Production JSC. *See* Ex. F (VinFast Auto Ltd., Registration Statement at 27 (Form F-1) (Oct. 23, 2023)).

## JURISDICTION AND VENUE

13. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 because this action arises under the patent laws of the United States, Title 35, United States Code.

14. This Court has personal jurisdiction over VinFast because, *inter alia*: (1) VinFast Auto, LLC, VinFast USA Distribution, LLC, and Vingroup USA, LLC have their principal place of business in California, *see* Ex. G (VinFast, VinFast Officially Announces US Headquarters in Los Angeles (Nov. 16, 2021))[11] (announcement of VinFast US headquarters in Los Angeles); (2) Defendants have substantial, continuous, and systematic contacts with California; (3) Defendants have committed and continue to commit purposeful actions in California that infringe the Patents-in-Suit; and (4) Defendants have purposefully availed themselves of the California market by placing infringing products in the stream of commerce with the expectation that they will be purchased in California.

15. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b) because (1) VinFast Auto, LLC, VinFast USA Distribution, LLC, and Vingroup USA, LLC maintain a regular and established place of business in this District, and have committed acts of infringement in this District; and (2) VinFast Trading and Production JSC and VinFast Auto Ltd. are not resident in the United States.

## THE PATENTS-IN-SUIT

16. ArcelorMittal is the owner of the entire, right, title, and interest in and to United States Patent No. 10,961,602, entitled "Coated Steel Strips, Coated Stamped Products and Methods." The '602 Patent names Pascal Drillet, Dominique Spehner, and Ronald Kefferstein as inventors.

17. The '602 Patent generally relates to a steel product with a strip of base steel and a coating greater than 30 micrometers thick. The coating is derived from a base steel and a precoating of aluminum or aluminum alloy. Starting from the base steel, the coating includes four layers: (1) an interdiffusion layer, (2) an intermediate layer, (3) an intermetallic layer, and (4) a superficial layer. The interdiffusion, intermediate, and intermetallic layers each have different mean iron compositions, and the intermetallic layer has a different iron composition than the superficial layer. The four layers are shown in Figure 1 from the '602 Patent:

[11] Available at: https://www.prnewswire.com/news-releases/vinfast-officially-announces-us-headquarters-in-los-angeles-301426252.html (last visited Apr. 2, 2024).




Fig. 1 10μm

18. ArcelorMittal is the owner of the entire, right, title, and interest in and to United States Patent No. 11,326,227, also entitled "Coated Steel Strips, Coated Stamped Products and Methods." The '227 Patent names Pascal Drillet, Dominique Spehner, and Ronald Kefferstein as inventors. The '227 Patent is a continuation of the '602 Patent.

19. The '227 Patent generally relates to a precoated steel product with a strip of base steel and a coating greater than 30 micrometers thick. The coating is derived from a base steel and a precoating of aluminum or aluminum alloy. Starting from the base steel, the coating includes four layers: (1) an interdiffusion layer, (2) an intermediate layer, (3) an intermetallic layer, and (4) a superficial layer. Each layer has a different mean composition. The four layers are shown in Figure 1 from the '227 Patent:




Fig. 1 10μm

## VINFAST'S INFRINGING CONDUCT

20. On information and belief, VinFast makes, uses, offers for sale, sells, and/or imports into the United States Accused Products that infringe one or more claims of the Asserted Patents. The VinFast VF 8 is an exemplary Accused Product.

21. VinFast has been selling and importing the VF 8 vehicle into the United States since at least 2022. For example, as early as August 2022, VinFast announced that it had received an order for more than 2,500 VF 8 and VF 9 automobiles.[12] On March 1, 2023, VinFast announced that it delivered "the first 45 VF 8 City Edition all-electric SUVs to U.S. customers at its 9 stores across California," which "signal[ed] the company's official entry into the North American market."[13] According to that press release, "[t]he VF 8 City Edition includes 999 vehicles which were imported to the U.S. last December [in 2022]."[14] In January 2024, VinFast announced that it was opening numerous dealerships in the United States, with an anticipated network of 125 points of sale across the country.[15] As of March 28, 2024, Leith VinFast, located in Cary, North Carolina, has 43 new VinFast VF 8 vehicles available for sale.[16] VinFast has also publicized how it broke ground on a manufacturing site in North Carolina that is set to open in 2025 and will build up to 150,000 VF 7, VF 8, and VF 9 vehicles per year.[17]

22. On or about May 2, 2023, ArcelorMittal's agent purchased a VinFast VF 8 vehicle with VIN No. RLLV1AFA2PH001614 in the United States from VinFast Marina Del Rey. Photographs of the tested part from the purchased VinFast VF 8 are attached as Exhibit H.

---

[12] *See* VinFast, VinFast Receives Order For More Than 2,500 VF 8 and VF 9 Vehicles from Autonomy™, https://vinfastauto.us/newsroom/press-release/vinfast-receives-order-for-more-than-2500-vf-8-and-vf-9-vehicles-from (last visited Apr. 2, 2024).

[13] Vinfast, VinFast Officially Delivers First VF 8 City Edition Vehicles to U.S. Customers, https://vinfastauto.us/newsroom/press-release/vinfast-officially-delivers-first-vf-8-city-edition-vehicles-to-us-customers (last visited Apr. 2, 2024).

[14] *Id.*

[15] https://vinfastauto.us/newsroom/press-release/vinfast-announces-signing-of-initial-independent-dealers-in-the-us (last visited Apr. 2, 2024).

[16] *See* Leith VinFast, Inventory, https://www.leithvinfast.com/new-inventory/index.htm (last visited Apr. 2, 2024).

[17] VinFast, VinFast Breaks Ground at North Carolina Electric Vehicle Facility, https://vinfastauto.us/newsroom/press-release/vinfast-breaks-ground-at-north-carolina-electric-vehicle-facility (last visited Apr. 2, 2024).

23. VinFast continues to make, use, offer for sale, sell and/or import into the United States the VF 8 vehicle. For example, VinFast provides an "Order Now" option for the VF 8 through its website.[18] As shown below, the website explains that VinFast "currently offer[s] vehicle delivery and services in specific states."[19]

Choose Delivery State

We currently offer vehicle delivery and services in specific states. Please choose the state where you plan to register and receive your new VinFast vehicle from the drop-down menu below. If you don't see your desired state, unfortunately, you won't be able to place an order, but you can make a reservation instead. Please contact 1-833-503-0600 for further assistance.

24. Customers visiting the VinFast website can order for purchase and purchase the VF 8 vehicle and reserve for purchase the VF 9 vehicle.[20] Upon information and belief, VinFast also plans to release the VF 3, VF 6, and VF 7 in the United States.[21] For example, VinFast recently announced that its first group of VinFast dealers, which consists of dealers in North Carolina, New York, Texas, and Kansas, will "begin selling the VinFast VF 8 all-electric SUV, with plans to add the VF 6, VF 7, and VF 9 models when they launch in the US market."[22]

25. Additionally, Vingroup USA, LLC had a permit from the State of California to test autonomous vehicles with a driver.[23] Vingroup USA, LLC have added autonomous vehicle technology

---

[18] VinFast VF-8, https://vinfastauto.us/vehicles/vf-8 (last visited Apr. 2, 2024).
[19] *Id.*
[20] NextShark, Vietnamese EV maker VinFast to import new crossovers for US market, https://nextshark.com/vinfast-new-crossovers-us-market (last visited Apr. 2, 2024).
[21] *Id.*
[22] VinFast, VinFast Announces Signing of Initial Independent Dealers in the US, https://vinfastauto.us/newsroom/press-release/vinfast-announces-signing-of-initial-independent-dealers-in-the-us (last visited Apr. 2, 2024).
[23] California Department of Motor Vehicles, Autonomous Vehicle Testing Permit Holders (Mar. 9, 2023), https://web.archive.org/web/20230309003937/https://www.dmv.ca.gov/portal/vehicle-industry-services/autonomous-vehicles/autonomous-vehicle-testing-permit-holders/ (last visited Apr. 2, 2024).

to the VF 8 and driven those modified VF 8 vehicles in the Central District of California, including in Long Beach.[24]

26. VinFast has also announced that it will open its first North American manufacturing plant in North Carolina, which will produce the VF 8 and VF 9 models.[25] Production is expected to start in July 2024 with an initial capacity of 150,000 vehicles per year.[26]

27. Given these recent developments, discovery will likely reveal additional specific acts of VinFast's infringing conduct.

**COUNT 1 – INFRINGEMENT OF THE '602 Patent**

28. ArcelorMittal reallege the foregoing paragraphs as if fully set forth herein.

29. The United States Patent and Trademark Office ("USPTO") duly and legally issued the '602 Patent on March 30, 2021. The '602 Patent is valid and enforceable.

30. VinFast is not licensed or otherwise authorized to practice the '602 Patent.

31. VinFast has directly infringed, and continues to directly infringe the '602 Patent, in connection with the Accused Products. VinFast makes, uses, offers for sale, sells, and/or imports into the United States Accused Products that directly infringe, literally, and/or under the doctrine of equivalents, one or more claims of the '602 Patent. By making, using, offering for sale, selling, and/or importing into the United States the Accused Products, VinFast has injured ArcelorMittal and is liable for infringement of the '602 Patent pursuant to 35 U.S.C. § 271(a).

32. The Accused Products satisfy all claim limitations of one or more claims of the '602 Patent. A claim chart attached as Exhibit C shows how the Accused Products infringe at least Claim 1 of the '602 Patent.

33. VinFast had knowledge of or was willfully blind to the '602 Patent and that its actions constitute infringement of the '602 Patent. VinFast has knowledge of the '602 Patent and its actions

---

[24] machspeedhero, "Spotted a Pair of Autonomous Vinfast Test Vehicles Charging here in Southern California," Reddit (Mar. 16, 2023), https://www.reddit.com/r/electricvehicles/comments/11tibx3/spotted_a_pair_of_autonomous_vinfast_test/ (last visited Apr. 2, 2024).

[25] VinFast, VinFast North Carolina Manufacturing Plant, https://vinfastauto.us/newsroom/press-kit/vinfast-north-carolina-manufacturing-plant (last visited Apr. 2, 2024).

[26] *See id.*

constitute willful infringement thereof since at least November 25, 2022 or, alternatively, as of the filing of this complaint. ArcelorMittal sent VinFast a letter on November 25, 2022 notifying VinFast of, *inter alia*, the ’602 Patent and VinFast’s infringement thereof. Although VinFast knew or reasonably should have known that it infringed the ’602 Patent, VinFast refused to seek a license or seek licensed products for incorporation into its vehicles, and instead continued to use infringing parts.

34. VinFast’s infringement of the ’602 Patent has been and continues to be willful. VinFast has acted with knowledge of the ’602 Patent and without a reasonable basis for a good-faith belief that it would not be liable for infringement of the ’602 Patent. VinFast has disregarded and continues to disregard its infringement and/or an objectively high likelihood that its actions constitute infringement of the ’602 Patent. This objectively-defined risk was known or is so obvious that it should have been known to VinFast.

35. As a result of VinFast’s direct infringement of the ’602 Patent, ArcelorMittal is entitled to monetary damages (past, present, and future) in an amount adequate to compensate for VinFast’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Vinfast, together with interest and costs as fixed by the Court.

36. As a result of VinFast’s willful infringement of the ’602 Patent, ArcelorMittal is entitled to enhanced damages under 35 U.S.C. § 284.

37. VinFast’s infringement has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to ArcelorMittal for which there is no adequate remedy at law.

38. This case is exceptional, entitling ArcelorMittal to an award of attorneys’ fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT 2 – INFRINGEMENT OF THE ’227 Patent**

39. ArcelorMittal reallege the foregoing paragraphs as if fully set forth herein.

40. The United States Patent and Trademark Office (“USPTO”) duly and legally issued the ’227 Patent on May 10, 2022. The ’227 Patent is valid and enforceable.

41. VinFast is not licensed or otherwise authorized to practice the ’227 Patent.

42. VinFast has directly infringed, and continues to directly infringe the ’227 Patent, in connection with the Accused Products. VinFast makes, uses, offers for sale, sells, and/or imports into the United States Accused Products that directly infringe, literally and/or under the doctrine of equivalents, one or more claims of the ’227 Patent. By making, using, offering for sale, selling, and/or importing into the United States the Accused Products, VinFast has injured ArcelorMittal and is liable for infringement of the ’227 Patent pursuant to 35 U.S.C. § 271(a).

43. The Accused Products satisfy all claim limitations of one or more claims of the ’602 Patent. A claim chart attached as Exhibit D shows how the Accused Products infringe at least Claim 1 of the ’227 Patent.

44. VinFast had knowledge of or was willfully blind to the ’227 Patent and that its actions constitute infringement of the ’227 Patent. VinFast has knowledge of the ’227 Patent and its actions constitute willful infringement thereof since at least November 25, 2022 or, alternatively, as of the filing of this complaint. ArcelorMittal sent VinFast a letter on November 25, 2022 notifying VinFast of, *inter alia*, the ’227 Patent and VinFast’s infringement thereof. Although VinFast knew or reasonably should have known that it infringed the ’227 Patent, VinFast refused to seek a license or seek licensed products for incorporation into its vehicles, and instead continued to use infringing parts.

45. VinFast’s infringement of the ’227 Patent has been and continues to be willful. VinFast has acted with knowledge of the ’227 Patent and without a reasonable basis for a good-faith belief that it would not be liable for infringement of the ’227 Patent. VinFast has disregarded and continues to disregard its infringement and/or an objectively high likelihood that its actions constitute infringement of the ’227 Patent. This objectively-defined risk was known or is so obvious that it should have been known to VinFast.

46. As a result of VinFast’s direct infringement of the ’227 Patent, ArcelorMittal is entitled to monetary damages (past, present, and future) in an amount adequate to compensate for VinFast’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Vinfast, together with interest and costs as fixed by the Court.

47. As a result of VinFast's willful infringement of the '227 Patent, ArcelorMittal is entitled to enhanced damages under 35 U.S.C. § 284.

48. VinFast's infringement has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to ArcelorMittal for which there is no adequate remedy at law.

49. This case is exceptional, entitling ArcelorMittal to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, ArcelorMittal respectfully prays for the following relief:

a. A judgment that VinFast has infringed the '602 and '227 Patents;

b. A permanent injunction enjoining VinFast, together with its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and those persons in active concert or participation with VinFast, from infringing the '602 and '227 Patents;

c. Alternatively, in the event that an injunction does not issue, a compulsory ongoing future royalty;

d. An award of damages adequate to compensate ArcelorMittal for VinFast's infringement of the '602 and '227 Patents pursuant to 35 U.S.C. § 284;

e. A declaration that VinFast's infringement is willful and an award of increased damages in an amount no less than three times the damages assessed for VinFast's infringement to ArcelorMittal for the period of willful infringement under 35 U.S.C. § 284.

f. An award of pre-judgment and post-judgment interest;

g. An award of attorneys' fees pursuant to 35 U.S.C. § 285;

h. That ArcelorMittal be awarded costs of court; and

i. Such other relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, ArcelorMittal hereby demands a trial by jury as to all issues so triable.

DATED: April 16, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Raymond A. LaMagna*
Benjamin Hershkowitz
Mark N. Reiter
Raymond A. LaMagna
Nathaniel R. Scharn
Evan T. Kratzer

*Attorneys for Plaintiff ArcelorMittal*